ACCEPTED
01-15-00497-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:20:11 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00497-CV

| | |
|---|---|
| EVELYN WYATT, | § IN THE COURT OF APPEALS |
| Appellant, | § |
| | § |
| V. | § FOR THE FIRST DISTRICT |
| | § |
| CYNTHIA M. SIMON, JERRY L. SCHUTZA, JAIKSHIN S. BHAGIA and NANIK S. BHAGIA | § |
| Appellees. | § AT HOUSTON |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 1:20:11 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Movant, Brett L. Bigham, Attorney for Appellant, Evelyn Wyatt, (hereinafter Appellant), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because Movant is unable effectively to communicate with Appellant in a manner consistent with good attorney-client relations. Specifically, Counsel has been unable to communicate with client regarding handling her appeal.

II.

Good cause exists for withdrawal of Movant as counsel because Appellant has not complied with the terms of the employment agreement with this attorney.

Motion for Withdrawal of Counsel    1

Appellant has failed to comply with the financial terms of the attorney/client agreement.

## III.

The settings and deadlines in this case are as follows:

1.   To pay appellate filing fee - July 23, 2015.

2.   To file Clerk's Record - August 3, 2015.

## IV.

This Motion is not sought for the purposes of delay.

## V.

A copy of this motion bearing the enclosed notice has been delivered to the last known address of Appellant.

Evelyn Wyatt              Sent Via CM 7015 0640 0001 3984 1867,
129 Scott St.                   First Class Mail and Email
San Francisco, CA 94117

Appellant's telephone number is 415-431-3505.

## VI.

Appellant is hereby notified in writing of the right to object to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court enters an order discharging Movant as attorney of record for Appellant, Evelyn Wyatt, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,
Law Offices of Brett L. Bigham, PLLC

By: /s/Brett L. Bigham
Brett L. Bigham
Texas Bar No. 02312720
100 N. College St., Ste. 404
P.O. Drawer B
Waxahachie, Texas  75168
Tel.  (972)938-9303
Fax. (469)548-6862
Email:  brettbigham@yahoo.com
Attorney for Evelyn Wyatt

## Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties—which are listed below—about the merits of this motion with the following results:

Carl T. Schultz
Attorney at Law
11 Greenway Plaza, Ste. 2820
Houston, TX 77046
Attorney for Jerry L. Schutza
Results:    He said that he did not oppose the motion.

Jerry L. Schutza
Attorney at Law
11 Greenway Plaza, Ste. 2820
Houston, TX 77046
Attorney for Cynthia Simon
Results:    Did not return my inquiry regarding the motion.

H. Miles Cohn
Crain Caton & James, PC
1401 McKinney, Ste. 1700
Houston, TX 77010
Attorney for Jerry L. Schutza
Results:    He said that he did not oppose the motion.

Evelyn Wyatt
129 Scott St.
San Francisco, CA 94117
Appellant
Results:    Did not return my inquiry regarding the motion.

By: /s/Brett L. Bigham
Brett L. Bigham

## CERTIFICATE OF SERVICE

I hereby certify on July 7, 2015 that a true and correct copy of the foregoing Motion for Withdrawal of Counsel has been served as follows:

Carl T. Schultz                                        Via Eservice and fax
Attorney at Law
11 Greenway Plaza, Ste. 2820
Houston, TX 77046

Jerry L. Schutza                                       Via Eservice and fax
Attorney at Law
11 Greenway Plaza, Ste. 2820
Houston, TX 77046

H. Miles Cohn                                          Via Eservice and fax
Crain Caton & James, PC
1401 McKinney, Ste. 1700
Houston, TX 77010

Evelyn Wyatt                        Sent Via CM 7015 0640 0001 3984 1867,
129 Scott St.                             First Class Mail and Email
San Francisco, CA 94117


By: /s/Brett L. Bigham
Brett L. Bigham